PETITION UNDER 28 U.S.C. § 2254, FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

RECEIVED
NOV 7 2017
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

22nd Judicial District    ST. TAMMANY
District Court            Parish

ROGER MEDLEY                                         530999
Name (under which you were convicted):    Docket or Case No:

Place of Confinement: Elayn Hunt Corr.    Prisoner No.:

Roger Dale Medley                         James Leblanc
Petitioner (include the name under    v.  Respondent (authorized person having
which you were convicted)                 custody of petitioner)

Jeff Landry
The Attorney General of the State of:
Louisiana

## PETITION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   22nd Judicial District Court, P.O. Box 1090, Covington, La.

   (b) Criminal docket or case number (if you know): 530999

2. (a) Date of judgment of conviction (if you know): August 15, 2014

   (b) Date of sentencing: August 15, 2014

3. Length of sentence: Twenty Years

4. In this case, were you convicted on more than one count or of more than one crime? Yes [ ] No [X]

5. Identify all crimes of which you were convicted and sentenced in this case: Indecent behavior with a juvenile.

6. (a) What was your plea? (Check one)

   (1) Not guilty [X]      (3) Nolo contendere (no contest) [ ]
   (2) Guilty [ ]          (4) Insanity plea [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have? (Check one) Jury [x] Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? Yes [ ] No [x]

8. Did you appeal from the judgment of conviction? Yes [x] No [ ]

9. If you did appeal, answer the following:

(a) Name of court: Court of Appeal, 1st. Circuit

(b) Docket or case number (if you know): 2015-KA-0100
(c) Result: denied

(d) Date of result (if you know): See Memorandum in support

(e) Citation to the case (if you know):

(f) Grounds raised: The Court of Appeal, contrary and unreasonably applied the Jackson Dictum relative to Jo Beth Rickles "Forensic Interview" purporting to represent expert testimony bolstering the alleged stories of 14 therapy
(g) Did you seek further review by a higher state court? Yes [x] No [ ]     (sessions)

If yes, answer the following:

(1) Name of court: State Supreme Court

(2) Docket or case number (if you know): Se. Memorandum

(3) Result: See: Memorandum

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised: See 9.(f) response, contrary and unreasonably applied the Jackson dictum relative ... Forensic
(h) Did you file a petition for certiorari in the United States Supreme Court? Yes [x] No [ ]

If yes, answer the following:

(1) Docket or case number (if you know): see Memorandum is support

(2) Result: see Memorandum

(3) Date of result (if you know): See Memorandum

(4) Citation to the case (if you know):
10. Other than the direct appeals listed above, have you previously filed any other petitions,

N/A

applications, or motions concerning this judgment of conviction in any state court? Yes [ ] No [x]

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court:     N/A

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [ ] No [ ]

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second petition, application or motion give the same information:

(1) Name of court:     N/A

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [ ] No [ ]

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of proceeding:     N/A

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes [ ] No [ ]

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes [ ] No [ ]
(2) Second petition: Yes [ ] No [ ]
(3) Third petition: Yes [ ] No [ ]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: I The Court of Appeal, contrary and unreasonably applied the Jackson dictum relative to JoBeth Rickles "Forensic Interview" purporting to
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
represent expert testimony bolstering the alleged stories of K.O. over 14 sessions.
(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [X] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [X]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition? Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision: See Attached

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____-

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Defendant only one in orange prison jumpsuit, has freckles, scar over right eye, and chipped tooth. Defendant does not fit description given by victim on night of incident, nor hs he dark skinned as noted by trial witness.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [ ] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:     N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision: Unknown

Result (attach a copy of the court's opinion or order, if available): Attached

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition?
Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

GROUND THREE:    N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) Direct Appeal of Ground Three: N/A

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [ ] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition? Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) Direct Appeal of Ground Four:
(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [ ] No [ ]
(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion or petition? Yes [ ] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes [ ] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes [ ] No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____
_____
_____
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes [ ] No [ ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes [ ] No [ ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea:

(c) At trial:
(d) At sentencing:
_____

(e) On appeal:
_____

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:
_____

17. Do you have any future sentence to serve after you complete the sentence the judgment that you are challenging? Yes [ ]  No [ ]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes [ ] No [ ]

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. $ 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____

Therefore, petitioner asks that the Court grant the following relief:

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on 30 OCT 2017 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

RODGER MEDLEY/#629148
POST OFFICE BOX 174
ST. GABRIEL, LA 70776



CLERK OF COURT
777 FLORIDA AVE
BATON ROUGE, LA 70804

LEGAL MAIL

SCREENED
OK
U.S. MARSHAL