UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROGER MEDLEY** | **CIVIL ACTION** |
| **VERSUS** | |
| **JAMES LEBLANC, ET AL.** | **NO.: 17-01220-BAJ-EWD** |

## ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 2)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation recommends transferring this matter to the Eastern District of Louisiana for further proceedings.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 2). Neither party objected. Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 2)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the Eastern District of Louisiana for further proceedings, and any determination regarding Petitioner's entitlement to proceed as a pauper herein is deferred to the transferee court for resolution and disposition.

Baton Rouge, Louisiana, this 27th day of April, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**